# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Midwest Leasing of Illinois, LLC    Case Number: 23-04510

An appearance is hereby filed by the undersigned as attorney for:
Presence Central & Suburban Hospitals Network

Attorney name (type or print): Sven T. Nylen

Firm: Benesch Friedlander Coplan & Aronoff LLP

Street address: 71 S. Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6278148
(See item 3 in instructions)

Telephone Number: 312-624-6388

Email Address: snylen@beneschlaw.com; docket2@beneschlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 14, 2023

Attorney signature:    S/ Sven T. Nylen
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015