IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) No. 23-B-04510
Midwest Leasing of Illinois, LLC, ) Chapter 7
 ) Judge Janet S. Baer
 Debtor. )
 )

## EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| A | June 14, 2023 Transcript of Proceedings |
| B | July 27, 2023 Midwest's Petition to Vacate Arbitration Award |
| C | August 31, 2023 Presence Opposition to Midwest's Petition to Vacate Arbitration Award |
| D | September 26, 2023 Will County Circuit Court Order |