# Exhibit D

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2019L 001046
Filed Date: 9/26/2023 7:36 PM
Envelope: 24538973
Clerk: PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS, LAW DIVISION

| | |
|---|---|
| PRESENCE CENTRAL AND SUBURBAN HOSPITALS NETWORK F/K/A PRESENCE HOSPITALS PRV F/K/A PROVENA HOSPITALS, <br><br> Plaintiff, <br><br> v. <br><br> MIDWEST LEASING OF ILLINOIS, LLC, JOLIET ONCOLOGY-HEMATOLOGY, ASSOCIATES, LTD., and SARODE K. PUNDALEEKA, <br><br> Defendants. | Case No. 19 L 1046 <br><br> Hon. Bobbi N. Petrungaro |

## ORDER

Plaintiff Presence Central and Suburban Hospitals Network ("Presence") and Defendants Midwest Leasing of Illinois, LLC and Sarode K. Pundaleeka's ("Midwest") appeared through counsel on September 26, 2023 for hearing on Presence's Motion to Lift Stay and Confirm Arbitration Award and Midwest's Petition to Vacate Arbitration Award. The Court heard oral argument from Presence and Midwest on the respective Motion and Petition and fully advised on the premises and for the reasons stated on the record, IT IS HEREBY ORDERED:

1. Midwest's Petition to Vacate Arbitration Award is DENIED as to Sarode K. Pundaleeka. With respect to Midwest, Midwest's Petition is entered and continued. The Court directs the parties to address the automatic stay issue raised in Midwest's Petition to Vacate Arbitration Award with the bankruptcy court assigned to Midwest's prior bankruptcy petition (*In re Midwest Leasing of Illinois, LLC*, Case No. 23-04510 (Bankr. N.D. Ill.)).

2. Presence's Motion to Confirm Arbitration Award is GRANTED as to Sarode K.

1

Pundaleeka. With respect to Midwest, Presence's Motion is entered and continued. The Court directs the parties to address the automatic stay issue raised in Midwest's Petition to Vacate Arbitration Award with the bankruptcy court assigned to Midwest's prior bankruptcy petition (*In re Midwest Leasing of Illinois, LLC*, Case No. 23-04510 (Bankr. N.D. Ill.)).

3. The case is set for status on December 5, 2023 at 9:00 a.m. in Room 903 of the Will County Courthouse, 100 W. Jefferson St., Joliet, IL 60432 or via Zoom video-conferencing (Meeting ID: 9927 448 0487; Passcode: 117117).

DATED THIS ____ DAY OF September, 2023    9/26/2023 7:36 PM

Prepared by:

Christopher J. Letkewicz
cletkewicz@beneschlaw.com
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
312.624.6333

*Attorney for Plaintiff*